UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. SIMMONS, SR. ) | 1: 05-CV-00812-OWW-SMS |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO USE |
| ) | THE CORRECT CASE NUMBER IN |
| ) | DOCUMENTS FILED WITH THE COURT |
| v. ) | |
| ) | ORDER DENYING PLAINTIFF'S MOTION |
| ROBERT SYDNEY JULIAN, M.D., et) | FOR AN ORDER DIRECTING SERVICE |
| al., ) | (DOC. 11) |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff is proceeding pro se and in forma pauperis with an action for damages concerning alleged medical malpractice and related tortious conduct. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

I. Use of the Correct Case Number

Plaintiff's first amended complaint, filed on July 22, 2005, bore an incorrect case number. Use of the correct case number is necessary in order for the document to be filed in the correct action and to be forwarded to the correct department of the Court for consideration.

Plaintiff IS DIRECTED to use on all documents filed in this

1

1  action the correct case number, namely, 1:05-CV-00812 OWW SMS.

2      II. <u>Motion for an Order Directing the Marshal to Serve</u>

3      On July 22, 2005, Plaintiff filed a motion for an order
4  directing the Marshal to serve the summons and complaint in this
5  action. Because Plaintiff is proceeding in forma pauperis, the
6  Court is required to screen his complaint before directing that
7  it be served. By separate order, the undersigned Magistrate Judge
8  has found that Plaintiff's first amended complaint fails to state
9  a claim upon which relief may be granted and has recommended to
10 the District Judge that the Court dismiss the action. Thus,
11 service of the first amended complaint would be inappropriate.

12     Thus, Plaintiff's motion for an order directing service IS
13 DENIED.

15 IT IS SO ORDERED.

16 **Dated:   August 15, 2005**              /s/ Sandra M. Snyder
   icido3                          UNITED STATES MAGISTRATE JUDGE

2