UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
PATRICK L. SIMMONS, SR.        ) 1: 05-CV-00812-OWW-SMS
                               )
            Plaintiff,         ) ORDER RE: FINDINGS AND
                               ) RECOMMENDATION TO DISMISS ACTION
                               ) WITH PREJUDICE FOR FAILURE TO
    v.                         ) STATE A CLAIM UPON WHICH RELIEF
                               ) MAY BE GRANTED   (DOCS. 10, 15)
ROBERT SYDNEY JULIAN, M.D., et )
al.,                           )
            Defendants.        )
                               )
_____)
```

Plaintiff is proceeding pro se and in forma pauperis with an action for damages concerning alleged medical malpractice and related tortious conduct.

On August 16, 2005, the Magistrate Judge filed findings and a recommendation that the Court dismiss Plaintiff's complaint without leave to amend because it failed to state a claim. Plaintiff was granted thirty days within which to file objections. The findings and recommendation were served on all parties on August 16, 2005.

On September 16, 2005, Plaintiff filed timely objections to the findings and recommendations. The undersigned has considered the objections and has determined there is no need to modify the

1

findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2005, are ADOPTED IN FULL; and

2. The action IS DISMISSED for failure to state a claim upon which relief may be granted; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety. IT IS SO ORDERED.

Emm0d6**Dated:   September 26, 2005            /s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2