```
                                      FILED
                                  JUDGMENT ENTERED

                              _____Sept. 28, 2005_____
                                           Date
                              by _____G. Lucas_____
                                          Deputy Clerk
                                     U.S. District Court
                                Eastern District of California
                              __x___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

PATRICK L. SIMMONS, SR.

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

CV-F-05-812 OWW SMS

MD ROBERT SYDNEY JULIAN, et al.,

    Defendant.
_____/

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that this action be dismissed without prejudice.

DATED:  September 28, 2005

    JACK L. WAGNER, Clerk

    /s/ GREG LUCAS
    By:
        Deputy Clerk

jgm.civ
2/1/95