**FILED**

**JUDGMENT ENTERED**

___February 14, 2007____
Date
by _____G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

__XX___   FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK L. SIMMONS, SR.,

       Plaintiff,   **CORRECTED**
**JUDGMENT IN A CIVIL ACTION**
vs.
CV-F-05-812 OWW/SMS

ROBERT SYDNEY JULIAN, M.D.,

       Defendant.
_____/

      DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED:  February 14, 2007

                        VICTORIA C. MINOR, Clerk

                        /S/ Greg Lucas
                By:
                        Deputy Clerk

jgm.civ
2/1/95